IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TERRENCE L. DAVIS**                                                                                     **PLAINTIFF**

v.                                          Civil No.: 4:10-cv-04119

**CORRECTIONAL HEALTH CARE CO.**                                                **DEFENDANT**

## J U D G M E N T

For the reasons recited in a Memorandum Order and Opinion of the same date, Judgment is hereby entered in favor of Defendant and Plaintiff's Amended Complaint, ECF No. 36, is hereby **dismissed with prejudice**.

**IT IS SO ORDERED** this **3rd day of November 2011**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE